**Electronically Filed
Supreme Court
SCWC-23-0000473
19-AUG-2024
08:24 AM
Dkt. 3 ODAC**

SCWC-23-0000473

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I
Respondent/Plaintiff-Appellee,

vs.

BRONSON OILI
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000472 and CAAP-23-0000473;
CASE NOS. 3PC111000388 and 3PC141000474)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Bronson Oili's Application for Writ of

Certiorari, filed on July 11, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, August 19, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

